UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY JAY McCLOUD, | No. 2:13-cv-0998 GEB CKD P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, | |
| Respondent. | |

Respondent has requested a second extension of time to file an answer to the petition. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's request for an extension of time (ECF No. 14) is granted; and

2. Respondent is granted until October 4, 2013 to file an answer to the petition. If petitioner wishes to respond to the answer or other responsive document, he shall do so within thirty days after service of the answer or other responsive document.

Dated: September 10, 2013

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/ mccl0998.36

1